UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-1856-CAS(JCx) | Date | May 23, 2011 |
|---|---|---|---|
| Title | *ROBB EVANS & ASSOCIATES, LLC, ETC.; ET AL. v. DAVID FAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 7, 2011** why this action should not be dismissed for lack of prosecution **as to defendants TE MING CHU aka SIMON CHU; HARVEST TREE, INC.; and MINH NGUYEN, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) A proof of service of summons on second amended complaint and second complaint on **defendant MINH NGUYEN**

2) Plaintiff's filing of a application for the clerk to enter default judgment on **defendants TE MING CHU aka SIMON CHU; and HARVEST TREE, INC.**, or plaintiff's filing of a motion for entry of default judgment on **defendants**

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |