GARY OWEN CARIS (SBN 088918)
E-mail: gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
E-mail: lhawes@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071-3124
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

ANGELA E. FONES (SBN 245204)
E-mail: afones@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

Attorneys for Plaintiff
**ROBB EVANS & ASSOCIATES LLC as**
**Receiver for AOB COMMERCE, INC., et al.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS & ASSOCIATES LLC as Receiver for AOB COMMERCE, INC., AOB ASIA FUND I, LLC, AOB MANAGEMENT, INC., AOB MEDIA, INC., AOB TRANSPORTATION, INC., AOB VACATIONS, INC., and Their Subsidiaries and Affiliates,<br><br>            Plaintiff,<br><br>   v.<br><br>DAVID FAN, et al.,<br><br>            Defendants. | CASE NO. CV10-01856 CAS (JCx)<br><br>**JUDGMENT AGAINST DEFENDANTS MINH NGUYEN, TE MING CHU ALSO KNOWN AS SIMON CHU AND HARVEST TREE, INC. AFTER DEFAULT**<br><br>**[F.R.C.P., Rules 54(b) and 55(b)(2)]**<br><br>DATE:   July 18, 2011<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 5 |

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] JUDGMENT AGAINST DEFENDANTS

LA:17818611.1

By submission of the attorneys of record for Plaintiff Robb Evans & Associates LLC ("Plaintiff"), as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates, Plaintiff's Application for Entry of Separate Default Judgment Against Defendants Minh Nguyen, Te Ming Chu also known as Simon Chu and Harvest Tree, Inc. ("Default Judgment Application") came on regularly for hearing on July 18, 2011 at 10:00 a.m. before the Honorable Christina A. Snyder, United States District Judge presiding in Courtroom 5 of the above-referenced Court. The defendants having been served with process, and Defendant Minh Nguyen having failed to appear and answer the Plaintiff's First Amended Complaint and Defendants Te Ming Chu, also known as Simon Chu and Harvest Tree, Inc. having failed to appear and answer the Plaintiff's Second Amended Complaint, and the defaults of said defendants having been duly entered and evidence having been considered by the Court, and the Court having reviewed and considered the Default Judgment Application and all pleadings and papers filed in support and opposition, if any, including all admissible evidence filed in support and opposition thereof, and good cause appearing for entry of judgment against the defendants pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall recover from defendant Minh Nguyen ("Nguyen") damages in the amount of $71,926.03, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment, in the amount of $240.10, plus costs of suit in the sum of $356.32 for a total judgment in the amount of $72,522.45, pursuant to the First,

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

LA:17818611.1

Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall recover from defendants Te Ming Chu also known as Simon Chu and Harvest Tree, Inc. damages in the amount of $431,589.59, together with pre-judgment interest on said sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until the date of entry of judgment, in the amount of $1,450.40, plus costs of suit in the sum of $1,571.48 for a total judgment in the amount of $434,611.47, which judgment shall be joint and several as to Te Ming Chu, also known as Simon Chu and Harvest Tree, Inc., pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgments entered against the defendants herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] JUDGMENT AGAINST DEFENDANTS

1     **IT IS FURTHER ORDERED** that there is no just reason for delay in entry

2    of these final judgments against defendants herein and the Court expressly directs

3    that the Clerk of the Court enter these separate judgments against said defendants

4    herein pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains

5    pending against other defendants.

DATED:  July 18, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT AGAINST DEFENDANTS

LA:17818611.1