1  GARY OWEN CARIS (SBN 088918)
   E-mail: gcaris@mckennalong.com
2  LESLEY ANNE HAWES (SBN 117101)
   E-mail: lhawes@mckennalong.com
3  McKENNA LONG & ALDRIDGE LLP
   300 South Grand Avenue, 14th Floor
4  Los Angeles, CA 90071-3124
   Telephone: (213) 688-1000
5  Facsimile: (213) 243-6330

6  ANGELA E. FONES (SBN 245204)
   E-mail: afones@mckennalong.com
7  McKENNA LONG & ALDRIDGE LLP
   101 California Street, 41st Floor
8  San Francisco, CA 94111
   Telephone: (415) 267-4000
9  Facsimile: (415) 267-4198

10 Attorneys for Plaintiff
   **ROBB EVANS & ASSOCIATES LLC as**
11 **Receiver for AOB COMMERCE, INC., et al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS & ASSOCIATES LLC as Receiver for AOB COMMERCE, INC., AOB ASIA FUND I, LLC, AOB MANAGEMENT, INC., AOB MEDIA, INC., AOB TRANSPORTATION, INC., AOB VACATIONS, INC., and Their Subsidiaries and Affiliates,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FAN, et al.,<br><br>Defendants. | CASE NO. CV10-01856 CAS (JCx)<br><br>**JUDGMENT AGAINST DEFENDANT MATTHEW HSIEN HSIU TSAI, also known as MATTHEW HSIEN-HSIU TSAI, also known as HSIEN-HSIANG TSAI, also known as HSIEN HSIANG TSAI, also known as HSIEN-HSIAN TSAI, also known as HSIEN HSIAN TSAI, also known as HSIEN HSIU TSAI, also known as HSIEN TSAI, also known as MATHEW TSAI**<br><br>**[F.R.C.P., Rule 56]**<br><br>DATE: September 19, 2011<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5 |

|   |   |
|---|---|
| 1 | By submission of the attorneys of record for Plaintiff Robb Evans & |
| 2 | Associates LLC ("Plaintiff"), as Receiver for AOB Commerce, Inc., AOB Asia |
| 3 | Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB Transportation, Inc., |
| 4 | AOB Vacations, Inc., and their subsidiaries and affiliates, Plaintiff's Motion for |
| 5 | Summary Judgment Against Defendant Matthew Hsien Hsiu Tsai aka  Matthew |
| 6 | Hsien-Hsiu Tsai, aka Hsien-Hsiang Tsai, aka Hsien Hsiang Tsai, aka Hsien-Hsian |
| 7 | Tsai, aka Hsien Hsian Tsai, aka Hsien Hsiu Tsai, aka Hsien Tsai, aka Mathew Tsai |
| 8 | ("Motion") came on regularly for hearing on September 19, 2011 at 10:00 a.m. |
| 9 | before the Honorable Christina A. Snyder, United States District Judge presiding in |
| 10 | Courtroom 5 of the above-referenced Court.  Gary Owen Caris of McKenna Long |
| 11 | & Aldridge LLP appeared on behalf of the Plaintiff and other appearances, if any |
| 12 | were noted on the record.  The Court having read and considered all papers filed in |
| 13 | support of the Motion, including all admissible evidence filed in support of the |
| 14 | Motion, having read and considered all papers filed in opposition to the Motion by |
| 15 | defendant, if any, including all admissible evidence filed in opposition to the |
| 16 | Motion, having heard and considered the argument and contentions of counsel, the |
| 17 | Court determining that no genuine issue as to any material fact exists and that |
| 18 | Plaintiff is entitled to a judgment as a matter of law, and the Court finding that good |
| 19 | cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of |
| 20 | Civil Procedure under the circumstances, |
| 21 | **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that |
| 22 | Plaintiff Robb Evans & Associates LLC as Receiver for AOB Commerce, Inc., |
| 23 | AOB Asia Fund I, LLC, AOB Management, Inc., AOB Media Inc., AOB |
| 24 | Transportation, Inc., AOB Vacations, Inc., and their subsidiaries and affiliates shall |
| 25 | shall have judgment against defendant Matthew Hsien Hsiu Tsai aka  Matthew |
| 26 | Hsien-Hsiu Tsai, aka Hsien-Hsiang Tsai, aka Hsien Hsiang Tsai, aka Hsien-Hsian |
| 27 | Tsai, aka Hsien Hsian Tsai, aka Hsien Hsiu Tsai, aka Hsien Tsai, aka Mathew Tsai |
| 28 | ("Tsai") in the amount of $582,815.50, together with pre-judgment interest on said |

McKenna Long &
Aldridge LLP
Attorneys At Law
Los Angeles

- 2 -

[PROPOSED] JUDGMENT AGAINST DEFENDANT

LA:17869027.1

sum at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing this lawsuit until September 19, 2011, in the amount of $1,412.46, for a total judgment in the amount of $584,227.96, pursuant to the First, Second and Third Claims for Relief asserted in Plaintiff's Complaint, together with an award of post-judgment interest accruing from and after the date of entry of judgment until paid in full pursuant to 28 U.S.C. § 1961;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the defendant herein and any other judgments entered heretofore or hereafter in this action against any other defendants are several as to each such defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular defendants; and

**IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment against defendant herein and the Court expressly directs that the Clerk of the Court enter this separate judgment against said defendant herein pursuant to F.R. Civ. P. 54 notwithstanding whether this action remains pending against other defendants.

DATED: September 19, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE